No. 74–1359. BENNETT v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Reported below: 46 App. Div. 2d 804, 361 N. Y. S. 2d 37.

No. 74–1364. RHONE-POULENC, S. A., ET AL. v. DANN, COMMISSIONER OF PATENTS. C. A. 4th Cir. Certiorari denied. Reported below: 507 F. 2d 261.

No. 74–1368. DENTI v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Reported below: 47 App. Div. 2d 513, 365 N. Y. S. 2d 987.

No. 74–1382. VANDERHIDE v. BROWN & SHARPE MANUFACTURING CO., INC. C. A. 6th Cir. Certiorari denied. Reported below: 508 F. 2d 845.

No. 74–1425. STEINMAN v. NADJARI, DEPUTY ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir. Certiorari denied. Reported below: 515 F. 2d 505.

No. 74–1432. RUBENS ET UX. v. NEW YORK STOCK EXCHANGE, INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 510 F. 2d 968.

No. 74–5986. JOHNSON v. COMSTOCK, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–6202. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 508 F. 2d 345.

No. 74–6248. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 507 F. 2d 1279.

No. 74–6264. BUSH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6271. WESTOVER v. UNITED STATES; and
No. 74–6283. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 511 F. 2d 1154.